The People of the State of New York ex rel. Charles F. White, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, and Another, Appellants.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Minnie E. Randall, Respondent, v. Oren M. Beach, Jr., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Max Rosenthal, Respondent, v. Isidor Solotorefsky and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Ernest Zwirz, Respondent, v. John R. Mitchell and J. Randolph Mitchell, Appellants.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.